UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW RYAN ARNOLD,

            Petitioner,

   v.

UNITED STATES GOVERNMENT,

           Respondent.

Case No. C25-2179-KKE

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation. The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons, as Plaintiff brings claims under the Thirteenth Amendment for involuntary servitude (dkt. # 1-1) based on the assertion that he never provided "explicit, informed consent to be governed under the U.S. Constitution." *See Del Elmer v. Metzger*, 967 F. Supp. 398, 402 (S.D. Cal. 1997) (collecting cases, noting there is not a private right of action under the Thirteenth Amendment).

The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Kymberly K. Evanson.

Dated this <u>5th</u> day of November, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge